# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| ROSANNA DEE ATAD, a/k/a ) | | |
| Rosanna Dee Granados and IA, a minor ) | | |
| child, by her mother Rosanna Dee Atad, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| JEFFREY BASIL ATAD, ) | | |
| a/k/a Jeffery Basil Atad, ) | No. 5:13-CV-416-F | |
| ) | | |
| ) | | |
| Defendant. ) | | |

**Jury Verdict.**

This action was tried by a jury with the Honorable James C. Fox, Senior United States District Judge, presiding, and the jury has rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** in the court's order dated August 26, 2014, that the Plaintiffs' motion for summary judgment is ALLOWED in part and DENIED in part. It is allowed as to liability on Mrs. Atad's intentional tort claims. It is denied without prejudice to renew as to IA's intentional tort claims. It is denied with prejudice as to the negligence claims and those claims are hereby DISMISSED.

In the court's order dated January 12, 2015, IA's motion for summary judgment is ALLOWED as to her claims for assault, battery, and false imprisonment. The trial in this matter will be held as to liability and damages for IA's claim of intentional infliction of emotional distress as well as the issue of damages for the IA's claims of assault, battery, and false imprisonment.

Finally, in the court's order dated January 21, 2015, IA's motion for voluntary dismissal of her claim for intentional infliction of emotional distress is ALLOWED. IA's claim for intentional infliction of emotional distress is dismissed with prejudice. The jury trial as to damages for the plaintiffs' remaining claims will proceed as scheduled.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Rosanna Dee Atad have and recover from the defendant Jeffrey Basil Atad in the amount of $3,000,000.00 in compensatory damages and $3,500,000.00 in punitive damages for a total of $6,500,000.00 plus costs and post-judgment interest at the legal rate from entry of judgment until paid;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff IA, a minor child, have and recover from the defendant Jeffrey Basil Atad in the amount of $1,500,000.00 in compensatory damages and $2,500,000.00 in punitive damages for a total of $4,000,000.00 plus costs and post-judgment interest at the legal rate from entry of judgment until paid.

Judgment Filed and Entered on January 29, 2015, with service on:

Jonathan H. Edgar (via CM/ECF electronic notification)
Thomas B. Hodges (via CM/ECF electronic notification)
Jeffrey Basil Atad (via US Mail to 1148 N. Pershing Ave., Stockton, CA 95203-2144)

January 29, 2015                                JULIE RICHARDS JOHNSTON, CLERK

                                                /s/ Susan K. Edwards
                                                By: Deputy Clerk